UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

FRESNO DIVISION

| | |
|---|---|
| Tyrone Wayland MILES, | Case No. 1-8-cv-1002-JF |
| Petitioner, | |
| | [PROPOSED] ORDER GRANTING WRIT |
| v. | OF HABEAS CORPUS |
| Michael MARTEL, Acting Warden of Mule Creek State Prison, | |
| Respondent | |

Being in receipt of the Ninth Circuit's November 21, 2012 order withdrawing its September 28, 2012 opinion and directing that a writ of habeas corpus be granted ~~the granting of a writ of habeas corpus~~, and the parties having no objection and stating no legal cause why such order should not issue, the Court hereby ORDERS:

1. The petition for writ of habeas corpus is GRANTED;

2. The Warden at the California Correctional Institution at Tehachapi, California, shall RELEASE petitioner TYRONE MILES from state

custody to Emily Galvin, counsel for Petitioner, as soon as possible, but no later than 48 hours from the entry of judgment;

3. The Warden at the California Correctional Institution at Tehachapi, California, shall be in compliance with this Order if Petitioner is released on Thursday, November 29, 2012; and

4. The Clerk is directed forthwith to enter judgment pursuant to this order.

IT IS SO ORDERED.

DATED: November 27, 2012

JEREMY FOGEL
United States District Judge